IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON CHAGA,<br>   *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| SIMON'S AGENCY INC.,<br>   *Defendant* | : | NO. 21-4110 |

# ORDER

AND NOW, this 23rd day of February, 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 13), Plaintiff's Response in Opposition (Doc. No. 19), and Defendant's Response in Support (Doc. No. 20), as well as the representations of counsel at the September 19, 2022 Oral Argument, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. Defendant's Motion for Summary Judgment (Doc. No. 13) is **DEEMED MOOT**.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE